

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00680-CV

**IN THE INTEREST OF A.N.C., E.L.G., I.C.C.-G., AND O.N.C.-G., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01192
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant S.G.'s parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. S.G. filed his original appellant's brief on November 21, 2022. On December 1, 2022, we abated this appeal to permit appellee the Texas Department of Family and Protective Services to file a motion for judgment nunc pro tunc in the trial court. In our December 1, 2022 order, we noted that if the trial court signed a judgment nunc pro tunc, we would permit appellant to file a new brief within twenty days of the date the judgment was signed. Our order cautioned the parties that due to the time constraints governing this appeal, "requests for extension of any deadline stated in this order will be disfavored."

On December 16, 2022, the district clerk filed a supplemental clerk's record containing a Nunc Pro Tunc Order of Termination that the trial court signed on December 9, 2022. Accordingly, we lifted our December 1, 2022 abatement and ordered S.G. to file his new brief, if any, by December 29, 2022. On January 9, 2023, S.G. filed a motion requesting an extension of time until January 12, 2023 to file his new brief. After consideration, we **GRANT** the motion and **ORDER** S.G. to file his new brief by January 12, 2023. **No further extensions of time to file appellant's new brief will be granted**.

It is so **ORDERED** on January 9, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT